DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELEUTERIO ORTIZ-OLIVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1945

[September 24, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca White, Judge; L.T. Case No. 311999CF000886A.

Eleuterio Ortiz-Olivo, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 2025 WL 1561151 (Fla. 2025), cert. denied sub nom. *Wainwright v. Florida,* 2025 WL 1621505 (U.S. 2025) (even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., GERBER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***